UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTHER ZIEGLER,<br><br>   Plaintiff,<br><br> -against-<br><br>TRANS UNION, LLC and<br>DOVENMUEHLE MORTGAGE, INC.,<br><br>   Defendants. | 20-cv-10501 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

  On April 12, 2021, the parties in this case informed the Court that they have reached a settlement. Accordingly, the case is hereby dismissed with prejudice, but with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

  SO ORDERED.

Dated: New York, NY

    April 13, 2021        JED S. RAKOFF, U.S.D.J.